UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR00222 HEA |
| ) | |
| EARL PARISH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER DENYING MOTION FOR RECONSIDERATION**

This matter is before the Court on Defendant's Motion for Reconsideration [Doc. #36] regarding this Court's prior Order of pretrial detention, filed on December 10, 2007. The government has filed a response, opposing Defendant's motion.

In his motion, Defendant has not raised anything the Court was unaware of at the time of the prior Order of pretrial detention. Defendant merely asserts that he was previously arrested on state charges related to the same incident that forms the basis of the current federal charge, had been released on bond by the state, and had appeared for all of his state court proceedings. These facts were discussed at the prior detention hearing and were previously considered by the Court in ordering pretrial detention. As such, Defendant has raised nothing new, and the Court sees no reason to reconsider its prior Order of pretrial detention.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration of the prior order of pretrial detention [Doc. # 36] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of December, 2007.